IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANA SOFIA TAMEZ GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>WERNER ENTERPRISES, INC,<br>et al.,<br><br>    Defendants. | Case No. 24-CV-01927-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of February 13, 2025 (Doc. 24), this action is **DISMISSED with prejudice**.

**DATED: February 13, 2025**

                                           **MONICA A. STUMP,**
                                           **Clerk of Court**


                                        **By:** _s/ Jackie Muckensturm_
                                               **Deputy Clerk**


**APPROVED:** _s/ Stephen P. McGlynn_
                    **STEPHEN P. MCGLYNN**
                    **U.S. District Judge**